THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-CV-00262-BO

| | | |
|---|---|---|
| WENDY M. DALE, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | **ORDER** |
| RED HAT, INC., | ) ) ) | |
| Defendant | ) ) ) | |

Before the Court is Defendant's Motion to Stay ("Motion"). Specifically, Defendant Red Hat, Inc. ("Red Hat") seeks to stay all proceedings in the instant employment action (the "Action") for 90 days to allow the chapter 7 trustee for the bankruptcy estate of Plaintiff Wendy M. Dale to seek approval from the bankruptcy court of his settlement agreement with Red Hat resolving the Action.

Having reviewed the Motion, the Court finds that Red Hat has shown good cause for the requested relief.

Accordingly, it is hereby ORDERED that Defendant's Motion to Stay [DE 38] is GRANTED, and all proceedings in the Action, including discovery, are hereby stayed for 90 days. Red Hat will update the Court at the earlier of obtaining a ruling from the bankruptcy court on settlement approval or 90 days on any need to resume litigation of this Action.

Plaintiff's motion to compel production of documents [DE 39] is DENIED AS MOOT in light of the foregoing stay.

SO ORDERED, this the 10 day of July, 2019.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE